ORDER

GAJARSA, Circuit Judge.
The Secretary of Veterans Affairs moves without opposition to vacate the Court of Appeals for Veterans Claims’ judgments in Golden v. Nicholson, 05-0187, 2007 WL 715534 (Vet.App.2007), Marcellino v. Nicholson, 04-0250, 2007 WL 416052 (Vet.App.2007), Cruz-Nieves v. Nicholson, 05-0035, 2005 WL 3926526 (Vet.App.2005), Myers v. Nicholson, 05-2094, 20 VetApp. 452 (2006), Converse v. Nicholson, 05-1753, 2007 WL 495006 (Vet.App.2007), Chiodo v. Nicholson, 05-0502, 2007 WL 715472 (Vet.App.2007), Prewett v. Nicholson, 05-0678, 2007 WL 416108 (vet.App. 2007), Brandel v. Nicholson, 05-0863, 2007 WL 465306 (Vet.App.2007), Couch v. Nicholson, 05-0755, 2005 WL 3927685 (Vet.App.2005), Turn v. Nicholson, 04-0147, 2005 WL 3157739 (Vet.App.2005), Aguigui v. Nicholson, 04-1094, 2005 WL 3211595 (Vet.App.2005), Nesiba v. Nicholson, 04-216, 2005 WL 3926537 (Vet.App.2005), Ahem v. Nicholson, 04-148, 2007 WL *876 580691 (Vet.App.2007), Parker v. Nicholson, 04-2287, 2005 WL 3683598 (Vet.App. 2005), Webber v. Nicholson, 04-2294, 2005 WL 3028826 (Vet.App.2005), Smith v. Nicholson, 04-2209, 2007 WL 495192 (Vet. App.2007), Cloat v. Nicholson, 04-2153, 2007 WL 494999 (Vet.App.2007), Ivey v. Nicholson, 04-2113, 2007 WL 495149 (Vet. App.2007), Zimbro v. Nicholson, 04-2014, 2007 WL 494292 (Vet.App.2007), James v. Nicholson, 04-2380, 2007 WL 495151 (Vet. App.2007), and Wagoner v. Nicholson, 04-2443, 2007 WL 493107 (Vet.App.2007), and remand these cases for further proceedings consistent with this court’s decision in Smith v. Nicholson, 451 F.3d 1344 (Fed. Cir.2006).
In all of the above-captioned cases, the Court of Appeals for Veterans Claims relied on its decision in Smith v. Nicholson, 19 Vet.App. 63 (2005), in concluding that the claimants were entitled to separate ratings for tinnitus in each ear. We reversed that decision, holding that the Court of Appeals for Veterans Claims should have deferred to the Secretary’s interpretation of the regulation at issue, an interpretation that only one rating may be allowed for tinnitus in both ears. Smith, 451 F.3d 1344. Under these circumstances, the requested relief is appropriate.
Accordingly,
IT IS ORDERED THAT:
(1) The motions to vacate and remand are granted.
(2) All parties shall bear their own costs.